31 F.3d 1171
 Fleck (Richard, Diane)
v.
KDI Sylvan Pools, Inc., a/k/a Sylvan Pools, Muskin, Inc.,
Nichols Swim Pools, Inc., Hubert (James) v. S.K. Plastics,
Inc., Doughboy Recreational, Inc., a Division of Hoffinger
Industries, Inc. v. Atreo Manufacturing Co., Inc., Poseidon
Pools, Inc., Poseidon Pools of America, Inc., Gibraltar
Factors Corp., Gibraltar Corporation, S & V Pools, Inc.,
Esther Williams Swimming Pool Co., Esther Williams Pools,
Inc., Esther Williams All Aluminum
 NO. 93-1721
 United States Court of Appeals,
Third Circuit.
 June 22, 1994
 
 Appeal From: E.D.Pa.,
 Buckwalter, J.
 
 
 1
 AFFIRMED.